# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DAVID MARISCAL, | ) | |
| Plaintiff, | ) | 2:09-cv-2334-KJD-RJJ |
| vs. | ) | |
| HOWARD SKOLNIK, etc., *et al*., | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on Plaintiff's Motion to Produce Full Name and Last Know Addresses of Defendants For Service of Process (#16).

The Court has reviewed the Motion (#16) and the Response. Further, the Court finds that service was accepted and an Answer (#18) was filed. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Produce Full Name and Last Know Addresses of Defendants For Service of Process (#16) is **DENIED AS MOOT**.

DATED this  13th  day of August, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge