UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| DAVID MARISCAL, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-2334-KJD-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| HOWARD SKOLNIK, etc., *et al*., | ) | O R D E R |
| | ) | |
| Defendant, | ) | |

This matter was referred to the undersigned Magistrate Judge on the Parole Board Defendant's Motion to Vacate Scheduling Order (CD #21) and Stay Discovery Pending Screening (#23).

The Court having reviewed the Motion (#23) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Parole Board Defendant's Motion to Vacate Scheduling Order (CD #21) and Stay Discovery Pending Screening (#23) is **DENIED.**

DATED this 15th Day of October, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge