UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID MARISCAL, ) | |
| ) | |
| Plaintiff, ) | 2:09-cv-2334-KJD-RJJ |
| ) | |
| vs. ) | |
| ) | |
| HOWARD SKOLNIK, *et al.*, ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Motion for Order Compelling Discovery (#31).

The Court having reviewed the Motion (#31) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing by telephone conference call is scheduled for April 4, 2011, at 9:00 AM on Plaintiff's Motion for Order Compelling Discovery (#31).

IT IS FURTHER ORDERED that Defendants' counsel shall make all necessary arrangements with the institution where Plaintiff is incarcerated to insure the participation of the Plaintiff in this conference call. The parties are directed to call into the court's meet-me-line at (702)868-4906, conference code 123456, for this hearing.

DATED this __14th__ day of March, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge