UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID MARISCAL,<br><br>      Plaintiff,<br><br>vs.<br><br>HOWARD SKOLNIK, etc., *et al*.,<br><br>      Defendant. | 2:09-cv-2334-KJD-RJJ<br><br>O R D E R |

IT IS HEREBY ORDERED that the Clerk shall forthwith refer this to a *pro se* staff attorney for a screening order to be completed on or before June 29, 2012.

DATED this  13th  day of June, 2012.

                 _____
                 ROBERT J. JOHNSTON
                 United States Magistrate Judge