UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID MARISCAL,<br><br>               Plaintiff,<br><br>vs.<br><br>HOWARD SKOLNIK, etc., *et al.*,<br><br>               Defendant. | 2:09-cv-2334-KJD-RJJ<br><br>O R D E R |

IT IS HEREBY ORDERED that the Clerk shall forthwith refer this to a *pro se* staff attorney for a screening order to be completed on or before June 29, 2012.

DATED this 13th day of June, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge